

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00655-CV

Ivarene and Victor **HOSEK**,
Appellants

v.

Rosale **SCOTT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-06-0559-CVA
Honorable Fred Shannon, Judge Presiding

## O R D E R

The Notification of Late Reporters Record is date GRANTED. The reporter's record is due on December 1, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.

Keith E. Hottle
Clerk of Court